___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 25, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **OPUS MANAGEMENT GROUP JACKSON, LLC** | **CASE NO. 16-00297 NPO** |

**OPUS MANAGEMENT GROUP JACKSON, LLC,**
**IN ITS CAPACITY AS DISBURSING AGENT FOR**
**OPUS MANAGEMENT GROUP JACKSON, LLC,**
**REORGANIZED DEBTOR**                                                             **PLAINTIFF**

**V.**                                          **ADVERSARY PROCEEDING NO. 18-00010 NPO**

**AMERICAN EXPRESS CENTURION BANK**                                   **DEFENDANT**

### ORDER GRANTING MOTION TO SUBSTITUTE TRUSTEE
### AS REAL PARTY IN INTEREST

THIS CAUSE comes before the Court on the Motion of Derek A. Henderson, Chapter 7 trustee for the bankruptcy estate of Opus Management Group Jackson, LLC ("Trustee"), pursuant to 11 U.S.C. § 323 and Federal Rules of Bankruptcy Procedure 6009, to substitute the Trustee as the real party in interest in this case. The Court having considered the motion enters the following Order:

IT IS THEREFORE ORDERED THAT the Trustee is the real party in interest in this case and is substituted in place of Opus Management Group Jackson, LLC, in its Capacity as Disbursing

Agent for Opus Management Group Jackson, LLC, Reorganized Debtor.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Trustee and Attorney for the Trustee
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com